IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| GAIL SMITH-CARR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 320-034 |
| | * | |
| PARNELL & PARNELL, P.A., | * | |
| | * | |
| Defendant. | * | |

# O R D E R

Presently before the Court is Plaintiff's Dismissal With Prejudice, which has been filed prior to Defendant serving an answer or a motion for summary judgment. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE